UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS ANTHONY PICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) CAUSE NO. 3:10-CV-0258 WL ) |
| JULIANNE IVORY and COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION. | ) ) ) |
| Respondents. | ) ) |

**OPINION AND ORDER**

The Petitioner having filed a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the court ORDERS that the Respondents enter an appearance in this case on or before May 30, 2011, that the Respondents show cause on or before August 1, 2011, why this court should not assume jurisdiction over this case and grant the requested relief, and that the Respondent submit the Petitioner's full and complete state court record. The Court DIRECTS the clerk to mail a copy of this order to the Indiana Attorney General's office and the St. Joseph County Probation Department by certified mail, along with a copy of the Court's Opinion and order of November 23, 2010 (DE 7).

**SO ORDERED**

DATED: April 29, 2011

                                                  s/William C. Lee
                                                  William C. Lee, Judge
                                                  United States District Court